BANK v. BELK

No. 282 PC.

Case below: 41 N.C. App. 328.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.

BANK v. BELK

No. 234 PC.

Case below: 41 N.C. App. 356.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.

BAXTER v. POE

No. 22 PC.

Case below: 42 N.C. App. 404.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 September 1979.

BLACK v. INSURANCE CO.

No. 266 PC.

Case below: 42 N.C. App. 50.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

BOARD OF TRANSPORTATION v. ANNAS

No. 241 PC.

Case below: 41 N.C. App. 405.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979. Motion of third party defendants to dismiss appeal for lack of substantial constitutional question allowed 10 September 1979.